**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOHNNY B. BROWN,

                Plaintiff,            18 **CIVIL** 2628(KMK)

    -against-                    **JUDGMENT**

DONALD VENETTOZZI, *et al*.

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 30, 2022, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
         August 31, 2022

                                                          **RUBY J. KRAJICK**

                                                                       Clerk of Court

                                        **BY:**

                                                                       **Deputy Clerk**